**MURPHY ORLANDO LLC**
John W. Bartlett (#023042001)
30 Montgomery St., 11th Floor
Jersey City, NJ 07302
(201) 451-5000
jbartlett@murphyorlando.com

**CENTER FOR MEDICARE ADVOCACY**
Alice Bers (*pro hac vice*)
Wey-Wey Kwok (*pro hac vice*)
P.O. Box 350
Willimantic, CT 06226
(860) 456-7790
abers@medicareadvocacy.org
wkwok@medicareadvocacy.org

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHERYL HOUGH,<br><br>    Plaintiff,<br><br>v.<br><br>XAVIER BECERRA, Secretary of Health and Human Services,<br><br>    Defendant. | Civil Action No. 3:22-cv-06687-ZNQ-LHG<br><br>**ORDER ADMITTING ALICE BERS AND WEY-WEY KWOK *PRO HAC VICE*** |

**THIS MATTER** having been brought before the Court by way of a motion [4] by Murphy Orlando LLC, attorneys for Plaintiff Cheryl Hough ("Plaintiff"), on notice to all counsel of record and the United States Attorney for the District of New Jersey, for an order granting the admission *pro hac vice* of Alice Bers, Esq. and Wey-Wey Kwok, Esq., to the bar of the United States District Court for the District of New Jersey; the Court having considered Plaintiff's motion and supporting papers; it appearing that attorneys Alice Bers and Wey-Wey Kwok are members in good standing of the bars of the States listed in their respective certifications, and that there are

no disciplinary proceedings against either of them as a member of the bar in any jurisdiction; and the Court having received no opposition; and for good cause shown:

**IT IS HEREBY ORDERED** that Alice Bers, Esq., and Wey-Wey Kwok, Esq., be and hereby are admitted *pro hac vice* to the bar of the United States District Court for the District of New Jersey for the purpose of representing Plaintiff in this action; it is further

**ORDERED** that Alice Bers, Esq., and Wey-Wey Kwok, Esq., will each comply with the requirements of New Jersey Court Rule l:28-2 and will pay the appropriate fee to the New Jersey Lawyers' Fund for Client Protection for each calendar year in which she continues to represent Defendants in the above-captioned action (to the extent that such fee has not otherwise been paid in connection with another matter), and agree to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 governing contingent fees; it is further

**ORDERED** that Alice Bers, Esq., and Wey-Wey Kwok, Esq., will comply with the provisions of Local Rule 101(c)(3) and submit payment of $150.00 on each admission to the Clerk of the Court for the District of New Jersey; it is further

**ORDERED** that Alice Bers, Esq., and Wey-Wey Kwok, Esq., be assisted by the attorney of record, Murphy Orlando LLC (John W. Bartlett, Esq.), with whom the Court and opposing counsel may readily communicate regarding the conduct of this case and upon whom pleadings and other papers may be served; and it is further

**ORDERED** that Alice Bers, Esq., and Wey-Wey Kwok, Esq., will be bound by the disciplinary rules of the Court.

**SO ORDERED** this 31st day of January, 2023.

_____
Hon. Lois H. Goodman, U.S.M.J.