IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHERYL HOUGH,<br><br>*Plaintiff*,<br><br>v.<br><br>XAVIER BECERRA, Secretary of Health and Human Services,<br><br>*Defendant*. | Hon. Zahid N. Quraishi, U.S.D.J.<br>Hon. J. Brendan Day, U.S.M.J.<br><br>Case No. 3:22-cv-06687-ZNQ-JBD<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

The Court having entered a 60-Day Order Administratively Terminating the Action on May 18, 2023 (ECF # 12), Plaintiff Cheryl Hough hereby voluntarily dismisses this action with prejudice under FED. R. CIV. P. 41(a)(1)(A)(i), pursuant to the Settlement Agreement and Release fully executed by the parties on May 23, 2023.

Dated: May 23, 2023

**MURPHY ORLANDO LLC**
By: /s/ John W. Bartlett
John W. Bartlett (#023042001)
30 Montgomery St., 11th Floor
Jersey City, NJ 07302
(201) 451-5000
jbartlett@murphyorlando.com

So Ordered this 24th day
of May, 2023
_____
Hon. Zahid N. Quraishi
United States District Judge

**CENTER FOR MEDICARE ADVOCACY**
Alice Bers (*pro hac vice*)
Wey-Wey Kwok (*pro hac vice*)
P.O. Box 350
Willimantic, CT 06226
(860) 456-7790
abers@medicareadvocacy.org
wkwok@medicareadvocacy.org

*Attorneys for Plaintiff*